```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NADRECA REID,                                               :
                                                            :
                              Plaintiff,                    :
                                                            :         22-CV-10232 (VSB)
                -against-                                   :
                                                            :              ORDER
LARUCE INC.,                                                :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on December 2, 2022, (Doc. 1), and filed an affidavit of service on January 20, 2023, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was January 31, 2023. (*See* Doc. 5.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 15, 2023. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 1, 2023
              New York, New York

                                                                                   VERNON S. BRODERICK
                                                                                  United States District Judge